## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Heather Covarrubias<br><br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:25-mj-07790-DUTY | |

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT**

Upon motion of _Defendant_____ , IT IS ORDERED that a detention hearing is set for _December 19_____ , _2025_____ , at _12:00_____ ☐a.m. / ☒p.m. before the Honorable _Maria A. Audero_____ , in Courtroom _880_____ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_____*(Other custodial officer)*_____

Dated: _12/17/2025_____       _____
                                          Honorable Maria A. Audero, U.S. Magistrate Judge